

NUMBER 13-15-00161-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF M.R.A., A CHILD.

**On appeal from the 430th District Court
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Daniel Altamirano, proceeding pro se, appealed a judgment entered by the 430th District Court of Hidalgo County, Texas. On April 8, 2015, the Clerk of this Court notified appellant that the notice of appeal did not comply with Texas Rule of Appellate Procedure 9.5 and requested correction of the notice of appeal. *See* TEX. R. APP. P. 9.5. Appellant did not correct his notice of appeal.

On April 22, 2015, the Clerk notified appellant that he was delinquent in remitting the filing fee for this appeal and that the appeal was subject to dismissal if the fee was

not paid within ten days from the date of receipt of the notice. *See id.* R. 42.3(b), (c). On June 1, the Clerk again advised appellant that the filing fee had not been paid and the appeal was subject to dismissal. *See id.* R. 5, 12.1(b).

To date, appellant has not corrected the notice of appeal or paid his filing fee. Further, appellant has now filed a motion to dismiss his appeal on grounds that the case will proceed in the trial court. The Court, having considered the documents on file, appellant's failure to pay the filing fee, and appellant's motion to dismiss the appeal, is of the opinion that the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, we GRANT appellant's motion to dismiss and we DISMISS the appeal.

PER CURIAM

Delivered and filed the
2nd day of July, 2015.